IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DUSTIN MITCHELL, #02221593 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18cv399 |
| | § | |
| DENTON COUNTY, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge (Dkt. #26), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Judge Jonathan Bailey and his claims for injunctive relief are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(b). Plaintiff may proceed at this juncture with his claims against Denton County, Sergeant Inman, Sheriff Murphree, and Sergeant Cordell for monetary damages.

**SIGNED this 24th day of January, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE